## AUGUSTUS PINTO *v.* COMMISSIONER OF CORRECTION

The petitioner Augustus Pinto's petition for certification for appeal from the Appellate Court, 62 Conn. App. 24 (AC 19327), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Adele V. Patterson*, assistant public defender, in support of the petition.

Decided April 11, 2001

## PATRICK BARD *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 62 Conn. App. 45 (AC 19788), is denied.

*Michael P. Deneen*, in support of the petition.

*Robert L. Marconi*, assistant attorney general, in opposition.

Decided April 11, 2001